UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 99-2496 (PLF) |
| PHILIP MORRIS USA INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER #133 – REMAND
REFERRAL TO MAGISTRATE JUDGE

The Court has previously set forth procedures for the review and disposition of the documents stored in the Minnesota Tobacco Document Depository ("the Depository"). See Memorandum Opinion and Order #119 – Remand [Dkt. No. 6479]; Memorandum Opinion and Order #120 – Remand [Dkt. No. 6480]. For a specific subset of documents – the Chambers' Files from Judge Fitzpatrick's chambers in the Minnesota litigation ("Chambers' Files") – the Court ordered the defendants and non-party entities to "securely transmit to the Court copies of all documents that have been designated as privileged or otherwise shielded from public disclosure for in camera review." Memorandum Opinion and Order #120 – Remand [Dkt. No. 6480] at 2. The entities have since produced to the Court the documents that have been designated as privileged or shielded from public disclosure, as well as corresponding privilege logs. See Notice of Filing Certain Privilege Logs in Response to Orders #119 and #120-Remand [Dkt. No. 6483]. It is hereby

ORDERED that the <u>in</u> <u>camera</u> review of the Chambers' Files documents is referred to Magistrate Judge Moxila Upadhyaya for a report and recommendations, if necessary, about the appropriate disposition of the remaining documents, including whether any documents previously designated as privileged or otherwise shielded from public disclosure are appropriate for public disclosure.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 12/5/23